Charles MERTZLUFFT, Appellant,

v.

FIREMEN'S RETIREMENT SYSTEM OF ST. LOUIS and Board of Trustees of Firemen's Retirement System of St. Louis, Respondents.

No. ED 86066.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 27, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 2, 2006.

Stanley E. Goldstein, Eli Karsh, St. Louis, MO, for appellant.

Mark Lawson, St. Charles, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY and GEORGE W. DRAPER III, JJ.

## ORDER

PER CURIAM.

The appellant, Charles Mertzlufft, appeals the circuit court's judgment affirming the decision of the Board of Trustees of the Firemen's Retirement System of the City of St. Louis denying him service-connected disability retirement benefits. We have reviewed the parties' briefs and the record on appeal and find no error.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this order.

The trial court's judgment is affirmed. Rule 84.16(b)(4).